IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-CV-00438-RM

RAFAEL C. DESEGUIN DES HONS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER**

---

    For the reasons stated in open court on April 10, 2015 (*see* ECF No. 22), the Court:

    (1)    REVERSES Defendant's denial of supplemental security income benefits; and

    (2)    REMANDS to the Commissioner for further fact finding as directed in open court pursuant to sentence four in 42 U.S.C. § 405(g).

    DATED this 10th day of April, 2015.

                                                  BY THE COURT:

                                                  RAYMOND P. MOORE
                                                  United States District Judge